**ORIGINAL**

Case 4:12-mj-00284-BJ   Document 1   Filed 07/19/12   Page 1 of 1   PageID 1

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 19 2012
CLERK, U.S. DISTRICT COURT
By _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:12-MJ-284 |
| DERREK STEVEN KATES     (1) <br> NATASSIA DANIELLE GRESS (2) | § § § | |

## CRIMINAL COMPLAINT

*Possession of a Controlled Substance with Intent to Distribute*

On or about July 11, 2012, in the Fort Worth Division of the Northern District of Texas, the defendants, **Derrek Steven Kates and Natassia Danielle Gress**, *did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).*

I, Shayne Kotara, am employed as a detective with the North Richland Hills Texas Police Department. I am currently assigned to the Fort Worth Resident Office, FWRO, of the Drug Enforcement Administration, DEA, as a Task Force Officer, TFO. This affidavit is based on my experience and my personal knowledge of this investigation as well as reports by officers of the North Richland Hills Police Department and Tarrant County Narcotics Unit, and being duly sworn, I state the following is true and correct to the best of my knowledge and belief:

1. In June 2012, Tarrant County Narcotics Unit Investigator R. Owen #182 began a narcotics investigation into the drug trafficking activities of Derrek Steven Kates and Natassia Danielle Gress at 5637 Robins Way, North Richland Hills, Tarrant County, Texas. Investigator Owen received information from a Confidential Informant that Derrek Steven Kates and Natassia Danielle Gress were distributing multi ounces of methamphetamine. In July 2012, a Confidential Informant purchased 1.3 grams of methamphetamine from Natassia Danielle Gress and 3.8 grams of methamphetamine from Derrek Steven Kates.

2. On July 11, 2012, Tarrant County Narcotics Unit executed a state search warrant at the residence of Derrek Steven Kates and Natassia Danielle Gress, 5637 Robins

Criminal Complaint – Page 1

Way, North Richland Hills, Tarrant County, Texas. Investigators located 181.6 grams of a crystalline substance. A portion of the crystalline substance was later tested utilizing a field test kit and showed a positive indication for the presence of methamphetamine. Officers also found approximately $4,800 in US currency, a handgun, and other paraphernalia consistent with drug sales. Investigators located a cell phone belonging to Derrek Steven Kates that had text messages indicating he was selling methamphetamine. Investigators also located a cell phone belonging to Natassia Danielle Gress that had text messages indicating she was selling methamphetamine. Derrek Steven Kates admitted to the Investigators that he sold methamphetamine. Derrek Steven Kates and Natassia Danielle Gress were arrested for state charges of Possession of a Controlled Substance, PG1, 4-200 grams with the intent to Deliver with a Deadly Weapon. Derrek Steven Kates and Natassia Danielle Gress are currently out of custody on a bond.

Although I have not listed all the facts regarding this seizure of methamphetamine, I believe that the facts stated here establish probable cause that the defendants have committed a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), Possession of a Controlled Substance with the Intent to Distribute.

_____
Shayne Kotara
Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 3:24 am/pm, this 19th day of July, 2012.

_____
JEFFREY L. CURETON
United States Magistrate Judge

Complaint – Page 2